ACCEPTED
15-25-00206-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
1/6/2026 4:23 PM
CHRISTOPHER A. PRINE
CLERK

No. 15-25-00206-CV

In the Fifteenth District Court of Appeals, Austin, Texas

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
1/6/2026 4:23:47 PM
CHRISTOPHER A. PRINE
Clerk

TEXAS HEALTH AND HUMAN SERVICES COMMISSION
*Appellants,*

v.

REBECCA MURIE,
*Appellee.*

On Appeal from the 53rd District Court of Travis County, Texas
The Honorable Jan Soifer, Presiding

## APPELLANT TEXAS HEALTH AND HUMAN SERVICES COMMISSION'S UNOPPOSED MOTION TO EXTEND TIME PURSUANT TO RULE 26(B)

TO THE HONORABLE FIFTH COURT OF APPEALS:

NOW COMES Appellant, Texas Health and Human Services Commission ("HHSC"), pursuant to Fed. R. App. P. 26(b) and moves the Court to extend the time for filing their brief and states in support as follows:

1. The appellate matter concerns an appeal from a final judgment reversing HHSC's decision as to Rebecca Murie.

2. HHSC's brief is due to be filed on January 7, 2026.

3. The undersigned counsel, who is charged with drafting Appellant's brief, needs additional time due to an unforeseen personal emergency and illness.

4. HHSC now files this motion seeking to have the deadline for the filing of their brief extended for 30-days to February 6, 2026.

5. This is Appellant's first request for an extension and this motion is made in good faith in an event to preserve judicial economy and not for delay.

6. Appellant has conferred with Appellee's Counsel and is unopposed.

WHEREFORE, Movant prays that this Court grants the relief sought herein.

Respectfully submitted,

**KEN PAXTON**
Attorney General of Texas

**BRENT WEBSTER**
First Assistant Attorney General

**RALPH MOLINA**
Deputy First Assistant Attorney General

**AUSTIN KINGHORN**
Deputy Attorney General for Civil
Litigation

**ERNEST C. GARCIA**
Chief, Administrative Law Division

*/s/ Sherlyn Harper*
SHERLYN HARPER
State Bar No. 24093176
Assistant Attorney General
Administrative Law Division
Office of the Texas Attorney General
P. O. Box 12548
Austin, Texas 78711-2548
Phone: 713-225-8913
Facsimile: 512-320-0167

sherlyn.harper@oag.texas.gov

*Attorneys for Appellant*

## CERTIFICATE OF SERVICE

I hereby certify that on January 6, 2026, a true and correct copy of the above and forgoing document has been served to the following party of record via electronic service and/or electronic mail:

Norman R. Ladd
SBN: 24041285
nladd@laddtxlaw.com
Prema Autry
SBN: 24082357
pautry@laddtxlaw.com
Ladd Law Firm, P.L.L.C.
223 S. Bonner Ave.
Tyler, Texas 75702
(903) 705-7211 Telephone

*Attorneys for Appellee*

/s/ Sherlyn Harper
SHERLYN HARPER
Assistant Attorney General

**Automated Certificate of eService**

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Catherine Hughes on behalf of Sherlyn Harper
Bar No. 24093176
catherine.hughes@oag.texas.gov
Envelope ID: 109724627
Filing Code Description: Motion
Filing Description: Unopposed Motion to Extend Time
Status as of 1/6/2026 4:30 PM CST

Associated Case Party: Texas Health and Human Services Commission

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Catherine Hughes | | catherine.hughes@oag.texas.gov | 1/6/2026 4:23:47 PM | SENT |
| Sherlyn Harper | | Sherlyn.Harper@oag.texas.gov | 1/6/2026 4:23:47 PM | SENT |

Associated Case Party: Rebecca Murie

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Norman Ladd | | nladd@laddtxlaw.com | 1/6/2026 4:23:47 PM | SENT |
| Prema Autry | | pautry@laddtxlaw.com | 1/6/2026 4:23:47 PM | SENT |